IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Builders Mutual Insurance Co., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:10-cv-2270-TLW-SVH |
| | ) | |
| Donnie H. Stewart d/b/a Stewart | ) | |
| Construction of S.C., Stewart | ) | |
| Construction, Inc. of South Carolina, | ) | |
| Donnie H. Stewart, Inc., Seamasters | ) | |
| Owners Assocation, Inc., and A Place | ) | |
| At The Beach Ocean Front II Condos, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

On August 31, 2010, the plaintiff, Builders Mutual Insurance Co. ("plaintiff"), filed this civil action. (Doc. # 1). The case was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 71). On October 27, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiff's motion for summary judgment (Doc. # 43) be granted as to all remaining defendants. (Doc. # 71). No defendant filed objections to the Report. Objections were due on November 14, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 71). For the reasons articulated by the Magistrate Judge, the plaintiff's motion for summary judgment (Doc. # 43) is **GRANTED** as to all remaining defendants.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

December 22, 2011
Florence, South Carolina

2